1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney

2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   KENNETH CHAMBERS (NYBN 5559885)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6488
7       FAX: (415) 436-7234
        kenneth.chambers@usdoj.gov

8
    Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT

10
                     NORTHERN DISTRICT OF CALIFORNIA

11
                          SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )   NO. 3:21-mj-71960
                                         )
14        Plaintiff,                     )   **STIPULATION TO CONTINUE**
       v.                                )   **PRELIMINARY HEARING AND**
15                                       )   **EXCLUDE TIME FROM MARCH 25**
    CHRISTOPHER WAGNER,                  )   **TO APRIL 29, 2022 AND [PROPOSED]**
16                                       )   **ORDER**
          Defendant.                     )
17                                       )
                                         )
18  _____ )

19

20          The above-captioned case is currently scheduled for a preliminary hearing on **March 25,**

21  **2022,** at 12:00 noon. The government has provided defense counsel with discovery. Given the

22  nature and volume of the discovery, as well as the unavailability of undersigned defense counsel,

23  who is currently on trial, the parties would like to continue the hearing to **April 29, 2022**.

24  Accordingly, the parties hereby stipulate and agree to continue the matter until **April 29, 2022,** to

25  allow additional time for the parties to engage in discussions about potential resolution prior to

26  Indictment, and for defense to review discovery. Believing such discussions to be in the interests of

27  justice, the parties represent that good cause exists and therefore agree to extend the deadlines for a

28
                                              1
    STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING
    CASE NO.: 3:21-MJ-71960

1   preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time

2   under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).

3   Accordingly, the parties hereby stipulate and agree to a new hearing date on **April 29, 2022,** for

4   preliminary hearing or arraignment before the Duty Magistrate Judge. The parties also stipulate and

5   agree to request that the time between **March 25, 2022** and **April 29, 2022,** be excluded to facilitate

6   discussions related to resolution prior to Indictment pursuant to 18 U.S.C. § 3161(h)(7).

7

8        IT IS SO STIPULATED.
      DATED: March 21, 2022                                   /s/
9                                                   **KENNETH CHAMBERS**
10                                                  Assistant United States Attorney

11

12
      DATED: March 21, 2022                                   /s/
13                                                  **DANIEL BLANK**
                                                    Counsel for Defendant Christopher Wagner
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 3:21-MJ-71960

1

**[PROPOSED] ORDER**

2      The above-entitled matter is currently scheduled for preliminary hearing on **March 25,**

3 **2022**, at noon. The parties are requesting a continuance until **April 29, 2022**. The parties are

4 seeking this continuance in order to engage in discussions about potential resolution of this matter

5 prior to Indictment. With the consent of the United States, and taking into account the public

6 interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date

7 set forth below, and based on parties' showing of good cause, finds good cause for extending the

8 time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for

9 extending the 30-day time period for an indictment under the Speedy Trial Act (based on the

10 exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

12      The parties have agreed to waive and exclude time for the preliminary hearing under the

13 Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for

14 good cause shown the hearing currently scheduled on **March 25, 2022** shall be vacated. The matter

15 shall be continued until **April 29, 2022**. The time shall be excluded from the running of the speedy

16 trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

18  **IT IS SO ORDERED**.

19   Dated: _____

20

21                                                    By:_____

22                                                    HON. SALLIE KIM
                                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 3:21-MJ-71960