INFORMATIONAL MEMORANDUM COVER SHEET

TO:  The Honorable Joseph C. Spero    U.S.    RE:  WAGNER, Christopher
Chief Magistrate Judge

FROM:  Silvio Lugo, Chief    Docket No.:  3:21-mj-71960-MAG
U.S. Pretrial Services Officer

Date:  March 24, 2022

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder                                              (408) 535-5230

U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No.~~ by Zoom Webinar _____ on _Friday, 3/25/2022_ at _10:30 AM_____ .

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

U.S. Pretrial Services respectfully recommends the following condition of release be added:

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒  Other Instructions:

Zoom Webinar ID: 161 926 0804. Passcode: 050855. _____

_____                    March 24, 2022
_____
JUDICIAL OFFICER                                                  DATE