AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Christopher Wagner<br><br>*Defendant* | )<br>)  Case No.  CR 22-0210 SI<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/27/2022

*Defendant's signature*

*Signature of defendant's attorney*

Daniel P. Blank
*Printed name of defendant's attorney*

*Judge's signature*

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
*Judge's printed name and title*

FILED
MAY 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA