UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 24, 2022     **Time:** 10:59 – 11:02     **Judge:** SUSAN ILLSTON
                             3 Minutes

**Case No.**: 22-cr-00210-SI-1     **Case Name:** United States v. Christopher James Wagner

**Attorney for Government:** Christa Hall
**Attorney for Defendant:** Daniel Blank
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Esther Chung            **Court Reporter:** Marla Knox
**Interpreter:** n/a                      **Probation Officer:** n/a

## PROCEEDINGS

Status Conference - held via Zoom webinar.

## SUMMARY

Defendant appeared via video and waived his right to an in-person hearing due to the pandemic. The parties provided a status update and requested a Change of Plea hearing date be set.

CASE CONTINUED TO: **August 26, 2022 at 12:00 PM for In-Person Change of Plea**

---------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective Preparation of Counsel
Begins:  6/24/2022
Ends: 8/26/2022
---------------------------------------------------------------------------------------------------------------------

 ( ) That the court determined that the court has approved restraints (where applicable).