UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 26, 2022    **Time:** 12:19 -12:22    **Judge:** SUSAN ILLSTON
                             4 Minutes
**Case No.**: 22-cr-00210-SI-1    **Case Name:** United States v. Christopher James Wagner

**Attorney for Government:** Christa Hall
**Attorney for Defendant:** Daniel Blank
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Esther Chung              **Court Reporter:** Joan Columbini
**Interpreter:** n/a                         **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – held.

## SUMMARY

Change of Plea was converted to a Status Conference.  The Plea Agreement was agreed upon but defense counsel had no chance to vet the agreement with his client and requested that the Change of Plea be continued.  The Government joined in the request.  Both parties agreed that time should be excluded and the Court granted the exclusion of time.

CASE CONTINUED TO: **9/9/2022 at 12:00 PM for In-Person Change of Plea.**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Adequate Preparation of Counsel
Begins:  8/26/2022
Ends:  9/9/2022
-------------------------------------------------------------------------------------------------------------------