STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTA HALL (CABN 328881)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Christa.Hall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00210-SI |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM AUGUST 26, 2022 TO SEPTEMBER 9, 2022 AND [~~PROPOSED~~] ORDER |
| v. | |
| CHRISTOPHER WAGNER, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Christopher Wagner, that time be excluded under the Speedy Trial Act from August 26, 2022 through September 9, 2022.

At the scheduled change of plea hearing on August 26, 2022, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the hearing, the parties stipulate and agree that excluding time until the change of plea hearing now scheduled for September 9, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 26, 2022 through September 9, 2022 from

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
Case No. CR-210-SI

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:                                          /s/
                                               CHRISTA HALL
                                               Assistant United States Attorney

DATED:                                          /s/
                                               DANIEL BLANK
                                               Counsel for Defendant CHRISTOPHER WAGNER

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 26, 2022 and for good cause shown, the Court finds that failing to exclude the time from August 26, 2022 through September 9, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 26, 2022 to September 9, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 26, 2022 through September 9, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __August 29, 2022__                     _____
                                               Hon. Susan Illston
                                               United States Senior District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR-210-SI