STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTA HALL (CABN 328881)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Christa.Hall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00210-SI |
|     Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME FROM SEPTEMBER 9, 2022 TO OCTOBER 7, 2022 AND [PROPOSED] ORDER |
|     v. | |
| CHRISTOPHER WAGNER, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the

defendant Christopher Wagner, that the change of plea hearing currently scheduled for September 9,

2022, be continued to October 7, 2022. The parties also stipulate that time be excluded under the Speedy

Trial Act from September 9, 2022, through October 7, 2022.

At the previous change of plea hearing on August 26, 2022, the government and counsel for the

defendant agreed to continue the hearing and that time be excluded under the Speedy Trial Act so that

defense counsel could continue to prepare, including by reviewing the discovery already produced. For

this reason and as further stated on the record at the hearing, the parties stipulated and agreed that

excluding time until the rescheduled change of plea hearing set for September 9, 2022, will allow for the

effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Time was also waived under the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR-210-SI

1  Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2       The parties need additional time so that defense counsel can continue to prepare, including by

3  reviewing the discovery already produced. The parties stipulate and agree that continuing the plea

4  hearing one more time to October 7, 2022 and excluding time until October 7, 2022, will allow for the

5  effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6       The parties further stipulate and agree that the ends of justice served by excluding the time from

7  September 9, 2022 to October 7, 2022, from computation under the Speedy Trial Act outweigh the best

8  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

9       The undersigned Assistant United States Attorney certifies that she has obtained approval from

10  counsel for the defendant to file this stipulation and proposed order.

11

12       IT IS SO STIPULATED.

13  DATED: September 8, 2022                       _____/s/_____
                                                    CHRISTA HALL
14                                                  Assistant United States Attorney

15  DATED: September 8, 2022                       _____/s/_____
16                                                  DANIEL BLANK
                                                    Counsel for Defendant CHRISTOPHER WAGNER
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR-210-SI

1

**[PROPOSED] ORDER**

2          Based upon the facts set forth in the stipulation of the parties and the representations made

3 therein and for good cause shown, the Court finds that failing to continue the hearing and exclude the

4 time from September 9, 2022, through October 7, 2022, would unreasonably deny defense counsel and

5 the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

7 excluding the time from September 9, 2022, to October 7, 2022, from computation under the Speedy

8 Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and

9 with the consent of the parties, IT IS HEREBY ORDERED that the change of plea hearing is continued

10 from September 9, 2022, to October 7, 2022 at 12:00 p.m. and time from September 9, 2022 to October

11 7, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

12 § 3161(h)(7)(A), (B)(iv).

13          IT IS SO ORDERED.

14

15 DATED:  September 8, 2022

16                                              Hon. Susan Illston
                                               United States Senior District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR-210-SI