UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 7, 2022 | **Time:** 11:23 – 11:43  20 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 22-cr-00210-SI-1 | **Case Name:** United States v. Christopher James Wagner | |

**Attorney for Government:** Christa Hall
**Attorney for Defendant:** Daniel Blank
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Belle Ball |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Change of Plea Hearing – held.

## SUMMARY

Defendant was sworn and examined by the Court.  Defendant was advised of his rights and waived said rights.  Mr. Blank stated on the record that Defendant had agreed to forfeiture of electronic data as stated in Paragraph 13 of the Plea Agreement however the parties have agreed to set in place a procedure for the data to be reviewed for non-contraband data to be returned to Defendant.  The parties are to meet and confer to agree upon a procedure for review.

The Court examined the defendant and found the defendant competent and accepted the Defendant's plea of guilty to Count One of the Information as knowing and voluntary.  The Plea Agreement was filed.  A Pre-Sentence Report was ordered.

CASE CONTINUED TO: **1/20/2023 at 11:00 AM for In-Person Sentencing**