AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-CR-00210 |
| CHRISTOPHER JAMES WAGNER, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date:   02/03/2023

/s/ Anna Nguyen
*Attorney's signature*

ANNA NGUYEN (CABN 335873)
*Printed name and bar number*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

*Address*

Anna.nguyen@usdoj.gov
*E-mail address*

(415) 420-7295
*Telephone number*

(415) 436-7234
*FAX number*