ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNA NGUYEN (CABN 335873)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Anna.Nguyen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00210-SI |
| Plaintiff, | [PROPOSED] ORDER RE: PROPOSED STIPULATED ORDER RE: RESTITUTION |
| v. | |
| CHRISTOPHER WAGNER, | **Court:** Court 1, 17th Floor<br>**Date:** Friday, March 24, 2023 |
| Defendant. | **Time:** 11:00 AM |

[PROPOSED] ORDER RE: STIPULATED RESTITUTION
Case No. 3:22-CR-210-SI

It is hereby stipulated by and between counsel for the United States and counsel for the defendant CHRISTOPHER WAGNER, that the Court enter the following stipulated restitution order:

1. [8KidsSeries] $3,500 per victim with payments made to "Tanya Hankins in Trust for the '8 Kids Series'" and sent to the address of "The Law Office of Erik Bauer, P.O. Box 1091, Tacoma, Washington 98401" for a total of $17,500.

2. [SpongeB] $5,000 per victim with payments made to "Marsh Law Firm PLLC in trust for Andy" and sent to the address of "Marsh Law Firm PLLC Attn: Andy, 548 Market Street, #65135, San Francisco, California 94104" for a total of $5,000.

3. [Jenny] $5,000 per victim with payments made to "Marsh Law Firm PLLC in trust for Jenny" and sent to the address of "Marsh Law Firm PLLC, Attn: Jenny, P.O. Box 4668, #65135, New York, New York 10163" for a total of $5,000.

4. [Bluesplaid4] $4,000 per victim with payments made to "Marsh Law Firm PLLC in trust for Jordan" and sent to the address of "Marsh Law Firm PLLC, Attn: Jenny, P.O. Box 4668, #65135, New York, New York 10163" for a total of $4,000.

5. [SurferHair] $5,000 per victim with payments made to "Deborah A. Bianco in trust for Jessy" and sent to the address of "Deborah A. Bianco, P.O. Box #6503, Bellevue, Washington 98008" for a total of $5,000.

6. [RAP72] $3,000 per victim with payments made to "Deborah A. Bianco in trust for Jack" and sent to the address of "Deborah A. Bianco, P.O. Box #6503, Bellevue, Washington 98008" for a total of $3,000.

7. [FEB212] $3,000 per victim with payments made to "Deborah A. Bianco in trust for Donatello" and sent to the address of "Deborah A. Bianco, P.O. Box #6503, Bellevue, Washington 98008" for a total of $3,000.

8. [Jester] $5,000 per victim with payments made to "Deborah A. Bianco in trust for Dipper" and sent to the address of "Deborah A. Bianco, P.O. Box #6503, Bellevue, Washington 98008" for a total of $5,000.

9. [Cindy] $3,000 per victim for a total of $3,000. Please contact Tom Watson [tomwatson@cgolawfirm.com] at Cusack & Gilfillan, LLC, 411 Hamilton Boulevard,

Suite 1510, Peoria IL 61602 to confirm payment.

10. [Vicky] $4,000 per victim with payments made to "Carol L. Hepburn I/T/F Lily" and sent to the address of "Carol L. Hepburn, P.O. Box #17718, Seattle, Washington 98127" for a total of $4,000.

Because Mr. Wagner is indigent, the parties stipulate and jointly request that the requirement for interest on the restitution order be waived pursuant 18 U.S.C. § 3612(f)(3)(A).

Mr. Wagner is scheduled to self-surrender on April 7, 2023, at 12:00 PM (and no later than 2:00 PM) to FCI Forrest City Low at 1400 Dale Bumpers Road in Forrest City, Arizona 72335.

IT IS SO STIPULATED.

DATED: _____                /s/_____
                                      ANNA NGUYEN
                                      Special Assistant United States Attorney

DATED: _____                /s/_____
                                      DANIEL BLANK
                                      Counsel for Defendant WAGNER

### [PROPOSED] ORDER

For good cause shown the Court adopts the proposed restitution order recommended by the parties. *See* 18 U.S.C. Section 2259(a). The matter shall be heard on the Court's calendar for Friday, March 24, 2023, at 11:00 A.M. for status regarding the above stipulated restitution order.

IT IS SO ORDERED.

DATED: _____                _____
                                      HON. SUSAN ILLSTON
                                      United States District Judge

[PROPOSED] ORDER RE: STIPULATED RESTITUTION
Case No. 3:22-CR-210-SI