UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. CR 22-0210 SI |
| )  | |
| Plaintiff,      ) | [PROPOSED] **FINAL ORDER OF** |
| )  | **FORFEITURE** |
| v.      ) | |
| )  | |
| CHRISTOPHER WAGNER,      ) | |
| )  | |
| Defendant.      ) | |

On January 13, 2023, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Christopher Wagner, pursuant to Title 18, United States Code, Section 2253(a), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

 a. Dell Precision 5820

 b. Juniper Networks SRX240 switch ethernet port

 c. Netgear GS 110 MX unmanaged switch ethernet port

 d. Synology Disk Station Network Attached Storage

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant Title 18, United States Code, Section 2253(a), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this  22   day of   March           2023.

_____
HON. SUSAN ILLSTON
United States District Judge